ALBERT J. KINGSBURY, Appellant, *v.* JOEL W. BURDICK, Respondent.

Reported below, 156 App. Div. 944.
(Submitted October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from a final judgment of the Supreme Court, entered October 29, 1912, bringing up for review an order of the Appellate Division in the first judicial department which affirmed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

The motion was made upon the ground that the judgment and order referred to were not appealable to the Court of Appeals.

*James S. Darcy* for motion.

*Harry Wilber* opposed.

Motion denied on condition that the appellant within twenty days serves and files an amended notice of appeal and therewith an amended undertaking on appeal, sureties to justify as provided by the Code of Civil Procedure, and pays ten dollars costs of this motion. On failure to comply with these terms the motion is granted and appeal dismissed, with costs and ten dollars costs of motion.